UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|   JUNIOR G. GREGORY | ) | CHAPTER 07 |
|   JUDY K. GREGORY | ) | CASE NO. 06-51095 |
|     DEBTORS. | ) | |

**OBJECTION TO MOTION
FOR RELIEF FROM STAY**

    NOW COME Debtors and object to the Motion of Homecoming Financial, LLC to lift the automatic stay and requests hearing of same.

    This  14 day of  February, 2007.

    Signature on file
    Gregory Luck
    Attorney for Debtor
    NC Bar No. 10687
    101 West Street
    Wilkesboro, NC  28697
    336-667-8811
    336-667-4877