IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:

JUNIOR G. GREGORY
JUDY K. GREGORY                                                                06-51095
                                                                               CHAPTER 7


NOTICE OF WITHDRAWAL
OF MOTION FOR RELIEF OR IN THE ALTERNATIVE
ADEQUATE PROTECTION

Movant, Homecomings Financial, LLC, hereby provides Notice of Withdrawal of Motion for Relief in the above-captioned case to all parties.

This day, March 30, 2007

                                            *s/Kimberly A. Sheek*
                                            Kimberly A. Sheek
                                            N.C. State Bar No.: 34199
                                            SHAPIRO & INGLE, LLP
                                            Attorney For
                                            Homecomings Financial, LLC
                                            8520 Cliff Cameron Drive, Suite 300
                                            Charlotte, NC 28269
                                            (704) 333-8107

07-89698

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:

**JUNIOR G. GREGORY**
**JUDY K. GREGORY**                                                                06-51095
CHAPTER 7

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

Junior G. Gregory and Judy K. Gregory
214 Gentry Street
North Wilkesboro, NC 28659

Gregory Luck
(Sent via US Mail)
101 West Street
Wilkesboro, NC 28697

James T. Ward
404 Bethel Street
P.O. Box 240
Clover, SC 29710-0240

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

This day, March 30, 2007

*s/Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
SHAPIRO & INGLE, L.L.P.
8520 Cliff Cameron Drive, Suite 300
Charlotte, NC 28269
(704) 333-8107

07-89698